FILED

DEC 10 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JEFF THOMPSON,<br><br>                Defendant. | Criminal Case No. 07CR3303-JAH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 846 and 841(a)(1)–Conspiracy to Distribute Anabolic Steroids |

The United States Attorney Charges:

Beginning sometime in early 2007, and continuing up to and including September 2007, within the Southern District of California, and elsewhere, defendant JEFF THOMPSON and Ray Arthur Ross, charged elsewhere, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to distribute more than 40,000 units of anabolic steroids, which are Schedule III Controlled Substances; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

DATED: December 10, 2007.

KAREN P. HEWITT
United States Attorney

TIMOTHY D. COUGHLIN
Assistant U.S. Attorney