1AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

DEC 1 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| JEFF THOMPSON | |
| | CASE NUMBER: 07CR3303-JAH |

I, **Jeff Thompson**, the above-named defendant, who is accused of violating (1) Title 21, U.S.C., Sections 846 and 841(a)(1) – Conspiracy to Distribute Anabolic Steroids, being advised of the nature of the charges, the proposed Superseding Information and of my rights, hereby waive in open court on December 10, 2007, prosecution by indictment and consent that the proceeding may proceed by Information rather than indictment.

_____
DAVID S. HATCH
Counsel for Defendant

Before _____
JUDICIAL OFFICER