| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | TIMOTHY D. COUGHLIN |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 144911 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7044/(619) 557-3445 (Fax) |
| | Email: timothy.coughlin@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8                              UNITED STATES DISTRICT COURT

9                             SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )    Criminal Case No. 07cr3303-JAH
                                      )
11                  Plaintiff,         )
                                      )    NOTICE OF APPEARANCE
12            v.                       )
                                      )
13   JEFF THOMPSON,                   )
                                      )
14                  Defendant.         )
                                      )
15

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned

18   case.   I certify that I am admitted to practice in this court or authorized to practice under

19   CivLR 83.3.c.3-4.

20       The following government attorneys (who are admitted to practice in this court or

21   authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be

22   listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic

23   Filings relating to activity in this case:

24       Name                    Cal. Bar No.   Telephone No.        Email Address

1 | Please call me if you have any questions about this notice.

2 | DATED: February 21, 2008.

3 |                                         Respectfully submitted,

4 |                                         KAREN P. HEWITT
   |                                         United States Attorney

5 |
   |                                         s/Timothy D. Coughlin
6 |

7 |                                         _____
   |                                         TIMOTHY D. COUGHLIN
   |                                         Assistant United States Attorney
8 |                                         Attorneys for Plaintiff
   |                                         United States of America
9 |                                         Email: timothy.coughlin@usdoj.gov

Notice of Appearance
United States v. Jeff Thompson              2                              07cr3303